In Re: Tax Claim Bureau of Northampton County Upset Sale. Robert Binkley, Appellant.

Argued September 28, 1978, before Judges CRUMLISH, JR., DiSALLE and MACPHAIL, sitting as a panel of three.

*Maurice M. Green,* for appellant.

*Charles W. Stopp,* with him *William A. Steckel,* for appellees, Clark and June Eckhart.

*Robert A. Weinert,* for appellee, Berks Title Insurance Co.

OPINION BY JUDGE DiSALLE, November 15, 1978:

We affirm on the opinion and order of Judge WILLIAMS, JR., dated November 2, 1977, which can be found at No. 17 August Term, 1976, of the Civil Division of the Court of Common Pleas of Northampton County.

ORDER

AND Now, this 15th day of November, 1978, the order of the Court of Common Pleas of Northampton County is affirmed and can be found at No. 17 August Term, 1976, of the Civil Division of the Court of Common Pleas of Northampton County.